IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NORMAN HOLTON,**

    **Plaintiff,**

vs.                                         CASE NO. 4:07cv291-SPM/AK

**DEPARTMENT OF CHILDREN
AND FAMILY SERVICES, et al,**

    **Defendants.**

_____/

**O R D E R**

    Plaintiff has responded to the show cause order entered by the Court on November 19, 2007, asserting that he needs six months to a year to file an amended complaint. (Doc. 17). Plaintiff initiated these legal proceedings on June 27, 2007. (Doc. 1). If he is not ready to proceed with his lawsuit, he should consider dismissing the present lawsuit and filing another complaint when he is prepared to proceed. The Court will not grant him six months to a year to file a coherent complaint and while it can appreciate that Plaintiff suffers from a mental disorder that complicates his ability to communicate, it cannot prosecute this lawsuit for him nor does he qualify for appointment of counsel at this point in the proceedings.

    While it is not entirely clear when the events occurred of which Plaintiff complains, he is advised generally that there is a four year limitations period in the State of Florida for bringing civil rights lawsuits and he must either proceed with the

present lawsuit by filing an amended complaint and otherwise complying with the Orders entered by this Court or he should dismiss this lawsuit and proceed when he is able to do so.

Accordingly, it is

**ORDERED:**

Plaintiff must file an amended complaint as set forth in the Court's previous Order (doc. 15) on or before **December 28, 2007,** or it will be recommended that this cause be dismissed for failure to prosecute.

**DONE AND ORDERED** this  _4th_  day of December, 2007.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

**No. 4:07cv291-spm/ak**