IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NORMAN HOLTON,

    Plaintiff,

vs.                                             CASE NO. 4:07cv291-SPM/AK

DEPARTMENT OF CHILDREN,
et al,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated December 27, 2007 (doc. 20). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 20) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief

may be granted, in accordance with 28 U.S.C. § 1915(e)(2).  The motion for injunctive relief (doc. 8) is denied.

DONE AND ORDERED this 28th day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:07cv291-SPM/AK